**Order entered February 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01420-CV

### IN THE INTEREST OF I.E.S. AND D.W.S., CHILDREN

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 83149-86**

## ORDER

Pursuant to this Court's order dated January 29, 2020, appellant has provided written verification that he has requested preparation of the reporter's record. Appellant is indigent and allowed to proceed without payment of costs. Accordingly, we **ORDER** court reporter Jonette C. Jackson to file the reporter's record **WITHIN THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Jackson; Elizabeth Crow Woods, Official Court Reporter of the 86th Judicial District Court; and all parties.

/s/    BILL WHITEHILL
       JUSTICE